1

2

3                       UNITED STATES DISTRICT COURT

4                       EASTERN DISTRICT OF CALIFORNIA

5

6   ROBERT K. SEGURA,                        OLD CASE NO. 1:18-cv-00052-LJO-MJS
                                             (PC)
7                Plaintiff,
                                             NEW CASE NO. 1:18-cv-00052-LJO-SAB
8        v.                                  (PC)

9   PAM AHLN, et al.,                        **ORDER REASSIGNING ACTION FROM
                                             MAGISTRATE JUDGE MICHAEL J. SENG
10               Defendants.                 TO MAGISTRATE JUDGE STANLEY A.
                                             BOONE**
11

12

13

14
         In light of the anticipated retirement of Magistrate Judge Michael J. Seng, IT IS
15
    HEREBY ORDERED that this action shall be reassigned from the docket of Magistrate
16
    Judge Michael J. Seng to the docket of Magistrate Judge Stanley A. Boone.  All future
17
    pleadings and correspondence shall hereinafter be correctly numbered as follows:
18
                          1:18-cv-00052-LJO-SAB (PC)
19
         Use of an incorrect case number, including initials, may result in documents being
20
    misdirected and/or incorrectly calendared by the appropriate judicial officer.
21

22  IT IS SO ORDERED.

23      Dated:   **April 4, 2018**              **/s/ Lawrence J. O'Neill**
24                                           UNITED STATES CHIEF DISTRICT JUDGE

25

26

27

28