# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. SEGURA, | Case No. 1:18-cv-00052-LJO-SAB (PC) |
| Plaintiff, | ORDER DIRECTING A SPECIAL APPEARANCE ON BEHALF OF UN-SERVED DEFENDANTS BY OFFICE OF ATTORNEY GENERAL AND DIRECTING CLERK OF COURT TO SERVE DEPUTY ATTORNEY GENERAL LISA ANNE TILLMAN |
| v. | |
| PAM AHLIN, et al., | |
| Defendants. | |
| | (ECF No. 6) |
| | FOURTEEN DAY DEADLINE |

Plaintiff Robert K. Segura, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff's complaint was screened on February 22, 2018, and Plaintiff was directed to either notify the Court that he is willing to proceed on the claims found to be cognizable in the screening order, notify the Court that he wishes to stand on his complaint, or file an amended complaint. (ECF No. 8.) In the screening order, the Court found that Plaintiff's complaint states cognizable substantive due process claims against Defendants Pam Ahlin and Brandon Price ("Defendants") in their official capacities in relation to the potential prohibition, confiscation, and destruction of certain electronic devices, manufactured CDs/DVDs, and scanned digital documents under regulations promulgated by the California Department of State Hospitals.

1

On January 29, 2018, Plaintiff filed a motion for temporary restraining order ("TRO") requesting the Court stop the implementation of portions of Regulation 4350 that relate to the confiscation and destruction of certain electronic devices and manufactured CDs/DVDs. (ECF No. 6.) Because of the serious nature and possible consequences reflected in Plaintiff's allegations, the Court seeks a response from Defendants before ruling on the motion for temporary restraining order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court shall require the Attorney General to make a special appearance on behalf of Defendants and respond within fourteen (14) days of the date of service of this order to Plaintiff's request for immediate injunctive relief;

2. Within fourteen (14) days of the date of service of Defendants' response, Plaintiff may file a reply to Defendants' response to the motion for immediate injunctive relief; and

3. The Clerk of the Court is directed to send a copy of the complaint (ECF No. 1), a copy of Plaintiff's motion for a TRO (ECF No. 6), a copy of the screening order (ECF No. 8), and a copy of this order to Deputy Attorney General Lisa Anne Tillman at the following address:

   Lisa Anne Tillman
   Office of the Attorney General, State of California
   Suite 125
   1300 I Street
   Sacramento, CA 94244-2550

IT IS SO ORDERED.

Dated: **April 6, 2018**

UNITED STATES MAGISTRATE JUDGE